IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN GUSTAFSON | ) | CASE NO.  4:19-cv-02039 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **DEFENDANTS TRINITY FOOD** |
| | ) | **SERVICE GROUP AND NILSA** |
| CORECIVIC, et al. | ) | **DIAZ'S MOTION FOR** |
| | ) | **ENLARGEMENT OF TIME** |
| Defendants. | ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Trinity Food Service Group and Nilsa Diaz move this Court for an Order granting them an additional thirty (30) days or until October 9, 2019 to respond to the Complaint.  As grounds for this Motion, Defendants recently retained counsel for this matter and the additional time will allow counsel to sufficiently investigate and appropriately respond to the allegations in the Complaint. This request is made in good faith and will not unduly delay this proceeding or prejudice any party. No prior requests for additional time have been made by Defendants Trinity Food Service Group and Ms. Diaz.

For the foregoing reasons, Defendants Trinity Food Service Group and Nilsa Diaz respectfully request that this Court enter an Order granting them until October 9, 2019 to respond to the Complaint.

Respectfully submitted,


/s/ Tracey L. Turnbull
Tracey L. Turnbull (0066958)
Brodie M. Butland (0084441)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH  44113-2706
(216) 443-9000/Fax (216) 443-9011
tturnbull@porterwright.com
bbutland@porterwright.com

Attorneys for Defendants Trinity Food Service
Group and Nilsa Diaz

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2019 a copy of foregoing Motion for Enlargement of Time was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties have been served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Tracey L. Turnbull*

One of the Attorneys for Defendants Trinity
Food Service Group and Nilsa Diaz

12736560v1