Motion granted. Defendants Trinity Food Service Group and Nilsa Diaz are to answer or otherwise respond to the Complaint on or before October 9, 2019.
/s/ John R. Adams
U.S. District Judge
September 11, 2019

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| RYAN GUSTAFSON | ) | CASE NO.  4:19-cv-02039 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **DEFENDANTS TRINITY FOOD** |
| | ) | **SERVICE GROUP AND NILSA** |
| CORECIVIC, et al. | ) | **DIAZ'S MOTION FOR** |
| | ) | **ENLARGEMENT OF TIME** |
| Defendants. | ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Trinity Food Service Group and Nilsa Diaz move this Court for an Order granting them an additional thirty (30) days or until October 9, 2019 to respond to the Complaint.  As grounds for this Motion, Defendants recently retained counsel for this matter and the additional time will allow counsel to sufficiently investigate and appropriately respond to the allegations in the Complaint. This request is made in good faith and will not unduly delay this proceeding or prejudice any party. No prior requests for additional time have been made by Defendants Trinity Food Service Group and Ms. Diaz.

For the foregoing reasons, Defendants Trinity Food Service Group and Nilsa Diaz respectfully request that this Court enter an Order granting them until October 9, 2019 to respond to the Complaint.